UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
FENGYU XU,
*on her own behalf and on behalf of others similarly situated*

                      Plaintiff,

              v.

KINGSTECH TECHNOLOGIES, LLC.
   d/b/a MS-Compu Tech. *et al*

                    Defendants.
-----------------------------------------------------X

Case No. 19-cv-03266

**AFFIDAVIT OF SERVICE— SECRETARY OF STATE**

**STATE OF NEW YORK** }
                              ss:
**COUNTY OF QUEENS** }

**Adam Dong** being duly sworn, says:
I am not a party to the action, and I am over 18 years of age and my business office is at Troy Law, 41-25 Kissena Blvd, Suite 119, Flushing, NY 11355.

On **August 15, 2019**, at **09:30 a.m**., at the Office of the Secretary of State of the State of NY at 99 Washington Avenue, 6th Floor, Albany, NY 12231, I served a copy of the ☒ *Summons with Complaint,* on
    **KINGSTECH TECHNOLOGIES, LLC. d/b/a MS-Compu Tech and d/b/a EZ Mart;**

in the following manner:
1. By delivering to and leaving a true copy with **Amy Lesch**, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary at the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **Limited Liability Company Law §303**.

2. Deponent describes the individual served as follows:

| Sex | Height | Weight | Age | Color of Skin | Color of Hair |
|---|---|---|---|---|---|
| ☒ Female | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. | ☒ 21-35 Yrs. | Describe color: White | ☒ Blond |

                                                  Server's Signature

Subscribed and Sworn to
before me on the 29th of August, 2019

August 29 2019

NOTARY PUBLIC

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires Sept. 17, 2022