TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**

----------------------------------------------------------------------- x

FENGYU XU,
*on her own behalf and on behalf of others similarly situated*
                      Plaintiff,

v.

KINGSTECH TECHNOLOGIES, LLC.
    d/b/a MS-Compu Tech and
    d/b/a EZ Mart;
DONG QI a/k/a Jason Qi
                     Defendants.

-------------------------------------------------------------x

Case No. 19-cv-03266

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff FENGYU XU, through her undersigned counsel, hereby accept and provide notice that she has accepted Defendants' Offer of Judgment to Plaintiff dated February 17, 2020, attached hereto as Exhibit 1.

Dated: Flushing, New York
February 18, 2020

                                      TROY LAW, PLLC
                                      *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*

                                         /s/      John Troy
                                      John Troy (JT0481)

TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA*

*Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
FENGYU XU,
*on her own behalf and on behalf of others similarly situated*

                          Plaintiff,

v.

KINGSTECH TECHNOLOGIES, LLC.
    d/b/a MS-Compu Tech and
    d/b/a EZ Mart;
DONG QI a/k/a Jason Qi

                         Defendants
---------------------------------------------------------------x

**Case No. 19-cv-03266**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendants' Offer of Judgment was served on the Defendants of this action by causing a copy to be sent via ECF to their Attorney of Record.

Dated: Flushing, New York
February 18, 2020

                                    TROY LAW, PLLC
                                    *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*


                                      /s/      John Troy
                                    John Troy (JT0481)