**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FENGYU XU, on behalf of her own behalf and
on behalf of others similarly situated,

        Plaintiff,

- against -                          **JUDGMENT**
                                                                   CV 19-3266 (GRB)(SIL)

KINGSTECH TECHNOLOGIES, LLC d/b/a
MS-Compu Tech and d/b/a EZ Mart; and
DONG QI a/k/a Jason Qi,

        Defendants.
------------------------------------------------------------X

       An Acceptance of Defendants' Rule 68 Offer of Judgment having been filed by Plaintiff on February 18, 2020, accepting the offer of Defendants to have judgment entered against Defendants, jointly and severally, in the amount of $18,500.00, it is

       **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Fengyu Xu and against Defendants Kingstech Technologies, LLC and Dong Qi, jointly and severally, in the amount of $18,500.00; and that this case is closed.

Dated: February 25, 2020
       Central Islip, New York

                                                        DOUGLAS C. PALMER
                                                        CLERK OF THE COURT
                                          By:    /s/ James J. Toritto
                                                               Deputy Clerk